UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SARAH MACK, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 1:21-cv-04470-AT |
| vs. | **JURY TRIAL DEMANDED** |
| CONFLUENCE GROUP II, LLC d/b/a ORANGETHEORY FITNESS CUMBERLAND, | |
| *Defendant*. _____ / | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Sarah Mack, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Sarah Mack, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: December 29, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Georgia Bar No. 494196
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                  **SHAMIS & GENTILE, P.A.**
                                  14 NE 1st Ave., Suite 705
                                  Miami, FL 33132
                                  Telephone (305) 479-2299
                                  Facsimile (786) 623-0915
                                  Email: efilings@sflinjuryattorneys.com

By:     */s/ Andrew J. Shamis*
            Andrew J. Shamis, Esq.
            Georgia Bar No. 494196

*Counsel for Plaintiff*